942

No. 75–6312. HUNNICUTT v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 75–6313. JONES v. HENDERSON, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 75–6316. FABRITZ v. MARYLAND. Ct. App. Md. Certiorari denied.

No. 75–6317. HARMON v. ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 75–6322. BALAY v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 75–6324. PHILLIPS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 75–6325. DAWN, DBA GAME CO. v. STERLING DRUG, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 75–6384. TAYLOR v. ALABAMA. C. A. 5th Cir. Certiorari denied.

No. 75–6407. RAYNER v. JOHN BUIST CHESTER HOSPITAL ET AL. Sup. Ct. Tex. Certiorari denied.

No. 75–1033. FAIRCHILD v. UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 75–201. KAMERLING ET AL. v. O'HAGAN, FIRE COMMISSIONER, CITY OF NEW YORK. C. A. 2d Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.